FILED

2016 JAN 27 AM 9:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: MAP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Daniel Ortega (23)<br>DEFENDANT(S). | CASE NUMBER<br>15cr2310-WQH<br><br>AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT<br>16-0177M |

The above-named defendant was charged by: __United States District Court__
in the __Southern__ District of __California__ on __01/27/2016__
at __6:02__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18 + 21 + 28__ U.S.C., Section(s) __18:1955, 18:981(a)(1)(c), 982, 1955(d) 1963__
to wit: _____ __21:853, 28:2461(c)__

A warrant for defendant's arrest was issued by: __Honorable Jan M. Adler__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __JAN 27 2016__, by _____, Deputy Clerk.

Signature of Agent

Agency: __FBI__

Print Name of Agent: __CHENEY MAK__

Title: __Special Agent__

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT