AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **16-0177M** |
|---|---|
| V. | WARRANT FOR ARREST |
| Daniel Ortega (23) | Case Number: 15cr2310-WQH |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Daniel Ortega (23)____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1955 - Illegal Gambling Business;
18:981(a)(1)(C), 982, 1955(d), 1963, 21:853, 28:2461(c) - Criminal Forfeiture;

I hereby attest and certify on __1/13/2016__
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

In violation of Title ____See Above____ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ N. Peltier | 1/13/2016; San Diego, CA |
| Signature of Deputy | Date and Location |

| Bail fixed at $ | No Bail | by | The Honorable Jan M. Adler |
|---|---|---|---|
| | | | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |